IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:12-CV-00036

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) **ENTRY OF DEFAULT** ) |
| RONALD E. GORE, JOCELYN WARD-JONES, TYANNA N. MARLOW, and SMITH FUNERAL HOME, INC. | ) ) ) ) |
| Defendants. | ) ) |

THIS CAUSE having come before the undersigned Clerk of Court pursuant to Plaintiff Primerica Life Insurance Company's Motion for Entry of Default against Defendants Ronald E. Gore, Tyanna N. Marlow, and Smith Funeral Home, Inc., on Plaintiff's Verified Complaint for Interpleader, and it appearing from the Affidavit of Service filed in this matter that these Defendants have been properly served with process, that the time has expired for response by these Defendants, and that these Defendants have failed to plead or otherwise defend:

IT IS THEREFORE ORDERED that default is hereby entered against Defendants Ronald E. Gore, Tyanna N. Marlow and Smith Funeral Home, Inc. on Plaintiff's Verified Complaint for Interpleader.

This the 18th day of September, 2012.

_____
Clerk of Court
United States District Court for the
Eastern District of North Carolina