IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:12-CV-00036-FL

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RONALD E. GORE, JOCELYN WARD-JONES, TYANNA N. MARLOW, SMITH FUNERAL HOME, INC., and RONNIE G. ROBINSON *individually and in his Capacity as a licensed Insurance Agent*<br><br>Defendants. | **ENTRY OF DEFAULT** |

This cause having come before the undersigned Clerk of Court pursuant to Motion of Defendant and Cross-Claimant Jocelyn Ward-Jones for entry of default against Defendant Ronald E. Gore on Plaintiff's Verified Complaint for Interpleader and on Defendant Jocelyn Ward-Jones' Cross-Claim, against Defendant Tyanna N. Marlow on Plaintiff's Verified Complaint for Interpleader, against Defendant Smith Funeral Home, Inc. on Plaintiff's Verified Complaint for Interpleader, and against Defendant Ronnie G. Robinson on Plaintiff's Verified Complaint for Interpleader and on Defendant Jocelyn Ward-Jones' Cross-Claim, and it appearing from the Affidavits of Service filed in this matter that these Defendants have been properly served with process, that time has expired for response by these Defendants and that these Defendants have failed to plead or otherwise defend, and it further appearing that Plaintiff Primerica Insurance Company has no objection to the Entry of Default as to these Defendants,

THEREFORE, default is hereby entered against Defendants Gore, Marlow, Smith Funeral Home and Robinson on Plaintiff's Verified Complaint for Interpleader and against Defendants Gore and Robinson on Defendant Ward-Jones Cross-Claim.

This the 18th day of Sept, 2012

*Julie A. Richards*
Clerk of Court
United States District Court for the
Eastern District of North Carolina