IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 7:12-CV-00036-FL

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| RONALD E. GORE, JOCELYN WARD-JONES, TYANNA N. MARLOW, and SMITH FUNERAL HOME, INC., | ) ) ) ) |
| Defendants. | ) ) ) |

**DEFAULT JUDGMENT AND ORDER OF DISBURSEMENT**

THIS CAUSE having come before the Court pursuant to Motion of Defendant Jocelyn Ward-Jones ("Ward-Jones") and Plaintiff Primerica Life Insurance Company ("Primerica") for entry of default judgment against Defendants Ronald E. Gore ("Gore"), Tyanna N. Marlow ("Marlow") and Smith Funeral Home, Inc. ("Smith"), pursuant to Fed. R. Civ. P. 55(b)(2), and it appearing that default was entered against Defendants Gore, Marlow and Smith on September 18, 2012 for the failure of these Defendants to make any appearance in this action either personally or through a representative, and it further appearing that good cause exists for the allowance of the Motion for entry of Default Judgment and Order of Disbursement, and that the Motion should be granted;

THEREFORE, the Motion for Entry of Default Judgment is GRANTED and JUDGMENT is hereby entered in favor of Defendant Ward-Jones and against Defendants Gore, Marlow and Smith. It is further ORDERED that the $100,000.00 benefit, plus accrued interest, under Primerica Policy No. 0420334057 ("Policy") shall be disbursed by Primerica as follows: 1) $3,144.38 to Primerica for its reasonable costs and attorneys' fees incurred in this action; and

2) the remaining $96,855.62, plus accrued interest, to Defendant Jocelyn Ward-Jones through her attorneys, Rhine Law Firm, P.C.  It is further ORDERED that upon Primerica's disbursement of the remaining $96,855.62, plus accrued interest, to Defendant Jocelyn Ward-Jones in compliance with this Judgment and Order, Primerica is discharged from further liability under the Policy and Defendants are enjoined from filing any other action against Primerica, its agents, or employees, arising from or in connection with the Policy or the matters referenced herein.

    This the  24th  day of  October , 2012.

                                                              The Honorable Louise W. Flanagan
                                                              United States District Court for the
                                                               Eastern District of North Carolina